In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-274 CV


____________________



UNITED PARCEL SERVICE, INC., Appellant



V.



MELINDA INEZ SHAW, ET AL., Appellees






On Appeal from the 159th District Court


Angelina County, Texas


Trial Cause No. 33737-01-01






MEMORANDUM OPINION (1)


 United Parcel Service, Inc., appellant, filed a motion to dismiss this appeal. The
Court finds that this motion is voluntarily made by the appellant prior to any decision of
this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a
notice of appeal. 


 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM


Opinion Delivered August 26, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.